U.S. District Court
Eastern District of VA

FILED

Commonwealth of Virginia

VS

2022 SEP 14  A 9: 05

Patrick O. Lockhart
Defendant

Motion to Seal & File CD

Patrick Lockhart request permission to file CD
of attachments for the Notice of Appeal. The records
contain confidential Info as well as info about Minor/adults
Minor children

Patrick Lockhart  9/14/22

Patrick Lockhart
PO Box 446
Fairfax VA 22038
Lockhart@Lockhard.biz
703-652-0893
No Assistance from any atty was provided.
POL